**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Western Division**

**Docket No. 5:25-CR-214-1M**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **<u>O R D E R</u>** |
| | ) | |
| **KEVIN MICHAEL JOSE** | ) | |
| **Defendant** | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for December 8, 2026, in Wilmington. The case is hereby CONTINUED to the January 5, 2027 term of court in Wilmington, North Carolina.

This 6th day of November 2026.

Richard E. Myers II

Richard E. Myers II
Chief United States District Judge